IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

TIMOTHY SCOTT WHALEY,

    Plaintiff,

v.

SUSAN MARY CARROLL
and STATE OF WISCONSIN,

    Defendants.

ORDER

Case No. 15-cv-629-wmc

This case was transferred from the Northern District of Florida, where plaintiff Timothy Scott Whaley filed a proposed civil complaint. Now that the case is currently pending in the Western District of Wisconsin, plaintiff's motion for leave to proceed without prepayment of the filing fee (dkt. #2) will be addressed by this court.

From the affidavit of indigency plaintiff has submitted, I find that plaintiff is unable to prepay the fees and costs of commencing this action or to give security therefor.

ORDER

IT IS ORDERED that:

1. Plaintiff Timothy Scott Whaley's petition for leave to proceed without prepayment of fees is GRANTED.

2. No further action will be taken in this case until the court has screened the complaint pursuant to 28 U.S.C. § 1915 to determine whether the case must be dismissed because the complaint is frivolous or malicious, fails to state a claim on which relief may be granted or seeks monetary relief against a defendant who is immune from such relief. Once the screening process is complete, a separate order will issue.

Entered this 5th day of October, 2015.

BY THE COURT:

/s/
PETER OPPENEER
Magistrate Judge