IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

TIMOTHY SCOTT WHALEY,

    Plaintiff,

v.

SUSAN MARY CARROLL and
STATE OF WISCONSIN,

    Defendants.

JUDGMENT IN A CIVIL CASE

15-cv-629-wmc

This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case for lack of subject matter jurisdiction.

/s/                                         2/22/2016

Peter Oppeneer, Clerk of Court            Date